UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Paul V. Campo and Linda A. Campo, Debtors.

Case No.: 18-31138 (JKS)
Chapter: 7
Judge: John K. Sherwood

**NOTICE OF PROPOSED ABANDONMENT**

_Eric R. Perkins_, _Chapter 7 Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable _John K. Sherwood_ on _December 18, 2018_ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _3D_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

45 East 3rd Street
Clifton, NJ 07011
$312,000.00 as per CMA provided by the Debtors

Liens on property:

Mortgages totaling the amount of $280,220.00

Amount of equity claimed as exempt:

$31,780.00

Objections must be served on, and requests for additional information directed to:

Name: Eric R. Perkins, Trustee
Address: 570 Broad Street, Suite 1500, Newark, NJ 07102
Telephone No.: 973-622-7711

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Paul V. Campo
Linda A. Campo
    Debtors

Case No. 18-31138-JKS
Chapter 7

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 20, 2018
                              Form ID: pdf905          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db/jdb         +Paul V. Campo,    Linda A. Campo,    45 East 3rd Street,    Clifton, NJ 07011-1612
517831866       Bergen Anesthesia & Pain Management,     c/o Raymond Meisenbacher & Sons, Esqs.,
                 739 East Main Street,    Bridgewater, New Jersey 08807-3339
517831868      +Capital One Bank (USA), N.A.,    c/o Lyons Doughty & Veldhuis, P.C.,    136 Gaither Drive,
                 Suite 100,   Mt. Laurel, New Jersey 08054-1725
517831869       Chase Bank USA, N.A.,    c/o Client Services, Inc.,    3451 Harry S. Truman Blvd.,
                 Saint Charles, MO 63301-4047
517831870       Chase Bank, NA,    Home Equity Servicing,    Mail Code OH4-7304,    3415 Vision Drive,
                 Columbus , OH 43219-6009
517831871      +Chase Bank, USA,    c/o United Collection Bureau, Inc.,    5620 Southwyck Blvd.,   Suite 206,
                 Toledo, Ohio 43614-1501
517831873      +Discover Bank,    c/o Pressler, Felt & Warshaw, LLP,    7 Entin Road,
                 Parsippany, New Jersey 07054-5020
517831875      +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,   Tampa, FL 33607-8409
517831876      +Dr. David L. Abramson,    363 Grand Avenue,    Englewood, New Jersey 07631-4104
517831877       GM Finacial,    P.O. Box 78143,   Phoenix, AZ 85062-8143
517831878      +GM Financial,    P.O. Box 78143,   Phoenix, AZ 85062-8143
517831879      +Patient Care Associates LLC,    c/o Michael S. Harrison, Esq.,    3155Route 10 East,   Suite 214,
                 Denville, New Jersey 07834-3430
517831881      +Saint Mary's Hospital,    350 Boulevard,    Suite 220,   Passaic, New Jersey 07055-2840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 21 2018 00:16:19      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 21 2018 00:16:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517831867       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 21 2018 00:21:14
                 Capital One Bank (USA), N.A.,    Attn: Bankruptcy Dept.,   P.O. Box 30285,
                 Salt Lake City, Utah 84130-0285
517831872      +E-mail/Text: bankruptcydepartment@tsico.com Nov 21 2018 00:16:57
                 Dermatology Center of North Jersey,    c/o Transworld Systems Inc.,    500 Virginaia Drive,
                 Suite 514,   Fort Washington, Pennsylvania 19034-2707
517831880       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2018 00:33:15
                 Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517831874*      Discover Bank,    c/o Pressler, Felt & Warshaw, LLP,    7 Entin Road,
                 Parsippany, New Jersey 07054-5020
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@mdmc-law.com
              Eric Raymond Perkins     eperkins@mdmc-law.com,    nj42@ecfcbis.com;tcolombini@mdmc-law.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Thomas M. Egan    on behalf of Joint Debtor Linda A. Campo teganlaw@aol.com
              Thomas M. Egan    on behalf of Debtor Paul V. Campo teganlaw@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 20, 2018
                              Form ID: pdf905          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
TOTAL: 6