UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 17, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

**Paul V. Campo and Linda A. Campo**

Debtor.

Case No.:      18-31138  JKS

Judge:        Hon. John K. Sherwood

## ORDER REGARDING REAFFIRMATION AGREEMENT

The relief set forth on the following pages numbered two (2) is hereby  **ORDERED.**

**DATED: January 17, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No. _____
Debtor(s): _____
Order Regarding Reaffirmation Agreement
Page 2

The Reaffirmation Agreement between the Debtor and ACAR Leasing LTD

hereby **DISAPPROVED**.  The Court concludes that the subject of the Reaffirmation Agreement

is in fact a personal property lease.  Because the underlying agreement before the court is a lease,

the only relevant Bankruptcy Code  provision for Debtor to conti nue to enjoy the benefits and

endure the corresponding obligatio ns arising from  use of t he personal property subject to the

agreement is Section 365(p), not S ection 524. The parties m ay enter into a lease assum ption

agreement without need for court approval.   *In re Bailly*, 522 B.R. 711, 718 (Bankr. M.D. Fla.

2014).

**IT IS FURTHER ORDERED** that in accordance with D.N.J. LBR 4001-2:

A lessor does not violate the autom atic stay imposed by § 362 of the Code or the
discharge injunction imposed by § 524 of     the Code whe n it sends any of the
following documents to the debtor:

(1) a regular monthly statement or payment coupon;

(2) a reminder statement which is inform ational only and does not dem  and
    payment;

(3) a notice of the status of an escr ow account, including a notice regarding
    calculation of a new monthly paym ent based on a change in the property
    tax or insurance premium; or

(4) a notice of an adjustm ent to a variable rate m onthly mortgage payment
    resulting from a change in the interest rate.

**IT IS FURTHER O RDERED** that  any hearing currently scheduled on the

Reaffirmation Agreement is hereby cancelled.  No appearance(s) are necessary.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-31138-JKS
Paul V. Campo                                                                   Chapter 7
Linda A. Campo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 18, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
db/jdb          +Paul V. Campo,    Linda A. Campo,    45 East 3rd Street,    Clifton, NJ 07011-1612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@mdmc-law.com
              Eric Raymond Perkins    eperkins@mdmc-law.com,    nj42@ecfcbis.com;tcolombini@mdmc-law.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Thomas M. Egan    on behalf of Joint Debtor Linda A. Campo teganlaw@aol.com
              Thomas M. Egan    on behalf of Debtor Paul V. Campo teganlaw@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6